**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| CHAFIN HOLDINGS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO. SA-23-CA-1184-FB |
| | ) | |
| NATIONWIDE PROPERTY AND | ) | |
| CASUALTY INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF DISMISSAL WITH PREJUDICE AND JUDGMENT**

Before the Court is the Agreed Stipulation of Dismissal With Prejudice, filed by the parties on June 7, 2024. (Docket no. 20). The parties stipulate that all matters have been resolved and that this case is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

ACCORDINGLY, IT IS ORDERED, ADJUDGED and DECREED that, pursuant to the stipulation signed by the parties and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above styled and numbered cause is DISMISSED WITH PREJUDICE, with each party to bear its own costs.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 10th day of June, 2024.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE